IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BERNADETTE L. JARAMILLO,

    Petitioner,

v.                                    No. 16-cv-0284 LH/SMV

STATE OF NEW MEXICO and ATTORNEY
GENERAL OF THE STATE OF NEW MEXICO,

    Respondents.

## ORDER TO CURE DEFICIENCY

Petitioner submitted a petition for writ of habeas corpus. [Doc. 1]. The Court determines that Petitioner's filing is deficient; specifically, Petitioner has not paid the $5.00 filing fee or filed an Application to Proceed in District Court without Prepaying Fees or Costs (Long Form). Petitioner must include the civil action number (16-cv-0284 LH/SMV) of this case on all papers that she files in this proceeding. Failure to timely cure the designated deficiencies may result in dismissal of this action without further notice.

**IT IS THEREFORE ORDERED** that Petitioner cure the deficiencies designated above no later than **May 13, 2016**; and the Clerk is directed to mail to Petitioner, together with a copy of this order, an Application to Proceed in District Court without Prepaying Fees or Costs (Long Form).

IT IS SO ORDERED.

_____
**STEPHAN M. VIMDAR**
**United States Magistrate Judge**