IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**BERNADETTE L. JARAMILLO,**

Petitioner,

v.                                                                                              No. 16-cv-0284 LH/SMV

**MONICA WETZEL,**[1]

Respondent.

### ORDER ADOPTING MAGISTRATE JUDGE'S
### PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition [Doc. 10] ("PF&RD"), filed on June 16, 2016.  Petitioner filed her Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody [Doc. 1] ("Petition") on April 11, 2016.  On reference by the undersigned, [Doc. 2], the Honorable Stephan M. Vidmar, United States Magistrate Judge, found that Petitioner had not exhausted her state-court remedies and recommended dismissing this case without prejudice. [Doc. 10] at 1.

No party has filed objections to the PF&RD, and the time for doing so has passed.  *See id.* at 5 (giving notice that objections were due within 14 days of the filing of the PF&RD). Therefore, the Court will adopt the PF&RD and dismiss the Petition with prejudice.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Magistrate Judge's Proposed Findings and Recommended Disposition [Doc. 10] is **ADOPTED**.

---

[1] The Court ordered the Clerk to substitute Monica Wetzel, the Warden of the facility where Petitioner is incarcerated, as the sole named Respondent on April 20, 2016.  [Doc. 6].

**IT IS FURTHER ORDERED** that Petitioner's Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody [Doc. 1] is **DENIED**, and the case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

_____
**C. LEROY HANSEN**
**Senior United States District Judge**